AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

JOE'S LOBSTER MART, INC., et al.

**SUMMONS IN A CIVIL CASE**

V.

FRANCIS DONOVAN, DISTRICT ENGINEER, US ARMY CORPS OF ENGINEERS, et. al.

CASE NUMBER: **05 11256 GAO**

TO: (Name and address of Defendant)

FRANCIS DONOVAN, DISTRICT ENGINEER
US ARMY CORPS OF ENGINEERS
NEW ENGLAND DISTRICT
696 Virginia Rd.
Concord MA 01742-2751

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JULIE C. MOLLOY, ESQ
379 Route 6A
East Sandwich MA 02537

an answer to the complaint which is herewith served upon you, within _Sixty (60)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE JUN 16 2005

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | June 17, 2005 |
|---|---|---|
| **NAME OF SERVER**  BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to   **CAPTAIN HARRY PALMER,**

Duly Authorized Agent for the within-named   **FRANCIS DONOVAN, DISTRICT ENGINEER**

Said service was made at:

**696 VIRGINIA ROAD, CONCORD**                      , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ _____25.00_____    _____ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____June 17, 2005_____        *[signature] Brian Doyle*
             Date                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | **TOTAL** | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**           One Devonshire Place        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    Boston, MA 02109            Fax #          (617) 720-5737