AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

JOE'S LOBSTER MART, INC. et al.

SUMMONS IN A CIVIL CASE

V.

FRANCIS DONOVAN,
DISTRICT ENGINEER, US ARMY
CORPS OF ENGINEERS, et. al.

CASE NUMBER: 05 11256 GAO

TO: (Name and address of Defendant)

COL. THOMAS L. KONING
US ARMY CORPS OF ENGINEERS
NEW ENGLAND DISTRICT
696 Virginia Rd.
Concord, MA 01742-2751

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JULIE C. MOLLOY, ESQ
379 Route 6A
E. Sandwich, MA 02537

an answer to the complaint which is herewith served upon you, within  Sixty (60)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 16 2005

CLERK

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: June 17, 2005 |
| NAME OF SERVER: BRIAN DOYLE | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __**CAPTAIN HARRY PALMER,**__

Duly Authorized Agent for the within-named __**COL. THOMAS L. KONING**__

Said service was made at:

__**696 VIRGINIA ROAD, CONCORD**__ , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $ __65.00__   _____ Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __June 17, 2005__                        *[signed] Brian Doyle*
                    Date                                             Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**             One Devonshire Place             Telephone # (617) 720-5733
**Massachusetts Constables since 1925**       Boston, MA 02109                 Fax #           (617) 720-5737