AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

Joe's Lobster Mart, Inc. et al.

v.

Francis Donovan,
District Engineer,
US Army Corps of Engineers
New England District

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11256 GAO

TO: (Name and address of Defendant)

United States of America
c/o US Attorney
United States Courthouse
One Courthouse Way, Suite 9200
Boston MA 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Julie C. Molloy, Esq.
379 Route 6A
E. Sandwich MA 02537

an answer to the complaint which is herewith served upon you, within _Sixty (60)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUN 16 2005

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | June 17, 2005 |
| NAME OF SERVER  THOMAS G. JACKSON | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to ____Ms. Jenny Lapointe, Mail Clerk and____

Duly Authorized Agent for the within-named ____United States of America c/o US Attorney.____

Said service was made at:
____United States Courthouse, One Courthouse Way, Suite 9200, Boston____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $  45.00    _____ Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____June 17, 2005____
         Date

*Signature of Server*  [signed] Thomas G. Jackson

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109              Fax #        (617) 720-5737

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 11256 GAO

JOE'S LOBSTER MART, INC. and
JOSEPH A. VAUDO,
    Plaintiffs,

v.

FRANCIS DONOVAN, DISTRICT ENGINEER,
U.S. ARMY CORPS OF ENGINEERS, NEW
ENGLAND DISTRICT, COL. THOMAS L. KONING,
U.S. ARMY CORPS OF ENGINEERS,
NEW ENGLAND DISTRICT, LTG. CARL A. STROCK,
CHIEF OF ENGINEERS & COMMANDER,
U.S. ARMY CORPS OF ENGINEERS,
HON. FRANCIS J. HARVEY, SECRETARY OF THE ARMY,
and the UNITED STATES OF AMERICA,
    Defendants.

CIVIL ACTION
NO. 05-      -

### PLAINTIFFS' EX-PARTE MOTION FOR SHORT ORDER OF NOTICE ON THEIR MOTION FOR TEMPORARY RESTRAINING ORDER

NOW COME the plaintiffs in this action and seek, on an ex-parte basis, a short order of notice for a hearing on their Motion for Temporary Restraining Order and Preliminary Injunction, to halt the competitive bid process in connection with the lease of Lot 2, Sandwich Bulkhead, Cape Cod Canal. As grounds, plaintiffs state that they sent a letter to the defendants on Monday, June 6, 2005, requesting a halt to the bidding process, and to date, no response has been received.

As the deadline for the bidding process approaches, it is imperative that the fundamental issues underlying this matter be addresses, and accordingly, a hearing before this Court is necessary to determine the rights of the parties and whether, under the circumstances, the competitive bidding process should

6/16/05 [illegible handwriting]
Hearing set for 6/17/05 at 3:00 PM
Ct # 12 5th Floor
By the Court
[signature]