%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

JOE'S LOBSTER MART, INC. et al.

v.

Francis Donovan, District Engineer, US Army Corps of Engineers, New England District, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **05 11256 GAO**

TO: (Name and address of Defendant)

Hon. Francis J. Harvey
Secretary of the Army
1500 Army Pentagon
Washington, D.C. 20314

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Julie C. Molloy, Esq.
379 Route 6A
E. Sandwich MA 02537

an answer to the complaint which is herewith served upon you, within _Sixty (60)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE: JUN 16 2005

CLERK

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | June 20, 2005 |
|---|---|---|
| NAME OF SERVER - GERARD O. JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By mailing via fed ex true and attested copies thereof to   SEE ATTACHED FED EX PRINT OUT

Duly Authorized Agent for the within-named   HON. FRANCIS J. HARVEY

Said service was made at:

1500 ARMY PENTAGON, WASHINGTON, DC 20314 , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 55.38 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 20, 2005              *[signature]*
               Date                        Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks                                                                     FEE
*SERVICE FEE: $25-FED EX FEE: $30.38-PLEASE NOTE THAT AFTER 911 ALL DELIVERIES TO THE PENTAGON MUST FIRST   $_____
GO OFF SITE IN VIRGINIA TO BE SCANNED BEFORE BEING SENT ON. THIS IS WAY IT WAS DELIVERED ON 6-20-05.        $_____
                                                                                                            $_____
                                                                                                            $_____
                                                                                                            $_____
                                                                                                            $_____
                                                                                          TOTAL             $_____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax # (617) 720-5737 |

FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



June 20, 2005

MARILYN JODREY  
(617) 720-5737

Dear MARILYN JODREY:

Our records reflect the following delivery information for the shipment with the tracking number 840140744283. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

   Signed For By:   T.MITCHELL

   Delivered to:   PENTAGON 3E560

   Delivery Date:   June 20, 2005

   Delivery Time:   12:15 PM

   Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 840140744283 | Ship Date: | June 16, 2005 |
| Shipper: | SUVALLE JODREY & ASSOCIATES<br>1 DEVONSHIRE PL FL 20<br>BOSTON, MA 021093510<br>US | Recipient: | HON FRANCIS J HAVEY<br>SEC OF THE ARMY<br>1500 ARMY PENTAGON<br>WASHINGTON, VA 20310<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R2005062000220786371

This Information is provided subject to the FedEx Service Guide.