AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

TOE'S LOBSTER MART, INC.
et al.

V.

Francis Donahan, District Engineer, US Army Corps of Engineers, New England District
— et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 11256 GAO**

TO: (Name and address of Defendant)

LTG. CARL A. STROCK
CHIEF OF ENGINEERS & COMMANDER
US ARMY CORPS OF ENGINEERS HEADQUARTERS
441 G. STREET, NW
WASHINGTON, DC 20314

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Julie C. Molloy, Esq
379 Route 6A
East Sandwich, MA 02537

an answer to the complaint which is herewith served upon you, within **SIXTY (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE **JUN 1 6 2005**

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: June 17, 2005 |
| NAME OF SERVER: GERARD O. JODREY | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By ~~handing~~ mailing via fed ex true and attested copies thereof to   SEE ATTACHED FED EX PRINT OUT

Duly Authorized Agent for the within-named   LTG. CARLA STROCK

Said service was made at:
441 G. STREET, NW, WASHINGTON, DC 20314 , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ 75.38   Trips _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 16, 2005
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| *SERVICE FEE: $45-FED EX FEE: $ 30.38 | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**              Fax #       (617) 720-5737

FedEx Express
Customer Support
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone 901-369-3600



June 17, 2005

MARILYN JODREY
(617) 720-5737

Dear MARILYN JODREY:

Our records reflect the following delivery information for the shipment with the tracking number 840140744272. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

Signed For By:  M.BALTIMORE

Delivered to:  441 G ST NW 3E50

Delivery Date:  June 17, 2005

Delivery Time:  10:30 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 840140744272 | Ship Date: | June 16, 2005 |
| Shipper: | MARLOYN SUVALLE JODREY & ASSOCIATES 1 DEVONSHIRE PL FL 20 BOSTON, MA 021093510 US | Recipient: | LTS CARLA STORCK US ARMY CORPS OF ENGINEERS 441 G STREET N W WASHINGTON, DC 20314 US |

$30.38

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20050617002161668193

This Information is provided subject to the FedEx Service Guide.