UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOE'S LOBSTER MART, INC. and
JOSEPH A. VAUDO,
    Plaintiffs,

    v.

FRANCIS DONOVAN, DISTRICT ENGINEER,
U.S. ARMY CORPS OF ENGINEERS, NEW
ENGLAND DISTRICT, COL. THOMAS L. KONING,
U.S. ARMY CORPS OF ENGINEERS,
NEW ENGLAND DISTRICT, LTG. CARL A. STROCK,
CHIEF OF ENGINEERS & COMMANDER,
U.S. ARMY CORPS OF ENGINEERS,
HON. FRANCIS J. HARVEY, SECRETARY OF THE ARMY,
and the UNITED STATES OF AMERICA,
    Defendants.

CIVIL ACTION
NO. 1:05-CV-11256-GAO

## PLAINTIFFS' STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Joe's Lobster Mart, Inc., and Joseph A. Vaudo, hereby stipulate to the dismissal of this action, without prejudice and without costs, pursuant to Rule 41(a)(1), prior to the filing of an answer by any of the defendants.

    Plaintiffs,

    JOE'S LOBSTER MART, INC. and
    JOSEPH A. VAUDO,

    By their attorney,

    /s/ Julie C. Molloy
    Julie C. Molloy    BBO #555176
    379 Route 6A
    East Sandwich MA 02537
    (508) 833-3707

Dated:    August 16, 2005

1

CERTIFICATE OF SERVICE

    I, Julie C. Molloy, hereby certify that the foregoing was served upon all parties, by mailing and faxing copies of the same, via U.S. Mail, postage prepaid, first class, on August 16, 2005, as follows:

Ms. Julie A. D'Esposito, Office of Counsel
U.S. Army Corps of Engineers
New England District, Real Estate Division
696 Virginia Road
Concord, Massachusetts 01742-2751

U.S. Attorney's Office
U.S. District Court for Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

/s/ Julie C. Molloy

2